# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN VILLA-CAMACHO,<br><br>Defendant. | Case No. 10CR0414-MMA<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT**<br><br>[Doc. No. 46] |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: June 30, 2016

HON. MICHAEL M. ANELLO
United States District Judge